| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/6/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 697. MDC PRTNRS INC | | None | | | Sold (part) | 02/05/13 | K | C | |
| 698. | | | | | Sold (part) | 05/03/13 | J | D | |
| 699. | | | | | Sold (part) | 05/06/13 | K | D | |
| 700. | | | | | Sold | 05/07/13 | K | D | |
| 701. OCH-ZIFF CAPITAL MANAGEMENT (SEE NOTES 1 & 7 IN SECT VIII) | D | Distribution | L | T | Buy | 03/15/13 | L | | |
| 702. | | | | | Sold (part) | 11/15/13 | K | D | |
| 703. PENNANTPARK FLTG RT CAP LTD | C | Dividend | L | T | Buy | 02/05/13 | L | | |
| 704. | | | | | Buy (add'l) | 12/20/13 | J | | |
| 705. POWERSHARES ETF TR DYNA BUYBK | A | Dividend | L | T | Buy | 02/05/13 | L | | |
| 706. | | | | | Buy (add'l) | 02/05/13 | J | | |
| 707. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 708. PROCTER & GAMBLE | | None | L | T | Buy | 11/14/13 | L | | |
| 709. QUALCOMM INC | B | Dividend | L | T | Buy (add'l) | 02/05/13 | K | | |
| 710. SCHLUMBERGER LTD | A | Dividend | | | Buy (add'l) | 02/05/13 | J | | |
| 711. | | | | | Sold | 06/04/13 | L | | |
| 712. SEADRILL LTD | C | Dividend | L | T | Buy (add'l) | 02/05/13 | J | | |
| 713. | | | | | Buy (add'l) | 03/05/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/6/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 714. | | | | | Buy (add'l) | 04/18/13 | J | | |
| 715. SOLAR SENIOR CAPITAL LTD | B | Dividend | | | Sold (part) | 02/05/13 | K | B | |
| 716. | | | | | Sold | 02/22/13 | L | D | |
| 717. SPDR S&P EMERGING ASIA PACIFIC | B | Dividend | K | T | Buy (add'l) | 02/05/13 | J | | |
| 718. | | | | | Sold (part) | 02/26/13 | K | | |
| 719. SPDR S&P MIDCAP 400 ETF TRUST | B | Dividend | M | T | Sold (part) | 02/05/13 | J | A | |
| 720. | | | | | Buy (add'l) | 03/20/13 | K | | |
| 721. | | | | | Buy (add'l) | 07/11/13 | K | | |
| 722. SPIRIT REALTY CAPITAL INC | B | Dividend | | | Sold (part) | 02/05/13 | J | C | |
| 723. | | | | | Sold | 02/22/13 | L | E | |
| 724. STARWOOD PROPERTY TRUST INC | C | Dividend | L | T | Buy | 06/25/13 | L | | |
| 725. | | | | | Buy (add'l) | 09/10/13 | K | | |
| 726. TRONOX LTD | | None | | | Sold | 02/05/13 | K | | |
| 727. UNITED TECHNOLOGIES CORP | B | Dividend | L | T | Buy (add'l) | 02/05/13 | K | | |
| 728. VANGUARD DIVIDEND APPRECIATION | B | Dividend | L | T | Buy (add'l) | 02/05/13 | J | | |
| 729. VANGUARD EMRG MKTS ETF | A | Dividend | | | Buy (add'l) | 02/05/13 | J | | |
| 730. | | | | | Sold (part) | 02/26/13 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Wood, Kimba M. | 10/6/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 731. | | | | | Sold | 07/03/13 | K | | |
| 732.  VANGUARD INFO TECH ETF | A | Dividend | L | T | Buy (add'l) | 02/05/13 | J | | |
| 733. | | | | | Sold (part) | 02/26/13 | K | D | |
| 734.  VODAFONE GP PLC ADS | B | Dividend | L | T | Buy | 01/23/13 | L | | |
| 735. | | | | | Sold (part) | 02/05/13 | J | A | |
| 736.  WELLS FARGO & CO | B | Dividend | L | T | Buy (add'l) | 02/05/13 | K | | |
| 737. | | | | | Sold (part) | 08/06/13 | K | D | |
| 738.  WISDOMTREE EUROPE HEDGED EQUITY FUND | A | Dividend | L | T | Buy | 08/13/13 | L | | |
| 739.  WISDOMTREE SMALL CAP DIV FUND | B | Dividend | L | T | Buy | 05/14/13 | L | | |
| 740.  WISDOMTREE TRUST EMRG MKT EQT | C | Dividend | L | T | Buy (add'l) | 02/05/13 | J | | |
| 741. | | | | | Buy (add'l) | 04/10/13 | K | | |
| 742.  YUM BRANDS INC | A | Dividend | K | T | Buy | 01/10/13 | K | | |
| 743. | | | | | Buy (add'l) | 02/05/13 | K | | |
| 744. | | | | | Sold (part) | 06/24/13 | K | A | |
| 745.  OPTIONS (LINES 745-802) (SEE NOTE 3 IN SECTION VIII) | | | | | | | | | |
| 746.  AMERICAN CAPITAL AGENCY - OPENING CONTRACT | | None | | | Sold | 04/18/13 | J | | |
| 747.  CONTRACT EXPIRED | | None | | | Expired | 09/23/13 | | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/6/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 748.  OPENING CONTRACT | | None | | | Sold | 09/24/13 | J | | |
| 749.  AMERICAN INTL GROUP - CLOSING CONTRACT | | None | | | Buy | 07/11/13 | J | | |
| 750.  OPENING CONTRACT | | None | | | Sold | 02/20/13 | J | | |
| 751.  APOLLO INVESTMENT CORP - OPENING CONTRACT (11/1/12) | | None | | | | | | | |
| 752.  CLOSING CONTRACT | | None | | | Buy | 02/19/13 | J | | |
| 753.  CONTRACT ASSIGNED | | None | | | Redeemed | 03/15/13 | | | |
| 754.  OPENING CONTRACT | | None | | | Sold | 05/02/13 | J | | |
| 755.  CONTRACT EXPIRED | | None | | | Expired | 09/23/13 | | A | |
| 756.  OPENING CONTRACT | | None | | | Sold | 07/11/13 | J | | |
| 757.  CONTRACT ASSIGNED | | None | | | Redeemed | 12/16/13 | | | |
| 758.  OPENING CONTRACT | | None | | | Sold | 10/24/13 | J | | |
| 759.  APPLE - OPENING CONTRACT | | None | | | Sold | 04/23/13 | J | | |
| 760.  CONTRACT ASSIGNED | | None | | | Redeemed | 11/05/13 | | | |
| 761.  CENTURYLINK - OPENING CONTRACT | | None | | | Sold | 03/05/13 | J | | |
| 762.  CLOSING CONTRACT | | None | | | Buy | 05/14/13 | J | | |
| 763.  CHEVRON CORP - OPENING CONTRACT (11/30/12) | | None | | | | | | | |
| 764.  CONTRACT ASSIGNED | | None | | | Redeemed | 05/14/13 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/6/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 765. OPENING CONTRACT | | None | | | Sold | 09/24/13 | J | | |
| 766. CLOSING CONTRACT | | None | | | Buy | 11/21/13 | J | A | |
| 767. DANAHER CORP - OPENING CONTRACT | | None | | | Sold | 02/20/13 | J | | |
| 768. ASSIGNED CONTRACT | | None | | | Redeemed | 09/20/13 | | | |
| 769. ENSCO PLACE - CLOSING CONTRACT | | None | | | Buy | 07/16/13 | J | C | |
| 770. OPENING CONTRACT | | None | | | Sold | 02/20/13 | J | | |
| 771. JPMORGAN CHASE - OPENING CONTRACT (11/30/2012) | | None | | | | | | | |
| 772. CLOSING CONTRACT | | None | | | Buy | 03/19/13 | J | | |
| 773. OPENING CONTRACT | | None | | | Sold | 09/24/13 | J | | |
| 774. LENDER PROCESSING - OPENING CONTRACT (11/31/2012) | | None | | | | | | | |
| 775. CONTRACT EXPIRED | | None | | | Expired | 03/18/13 | | C | |
| 776. MCDONALDS - OPENING CONTRACT | | None | | | Sold | 02/20/13 | J | | |
| 777. CONTRACT EXPIRED | | None | | | Expired | 09/23/13 | | A | |
| 778. OPENING CONTRACT | | None | | | Sold | 09/24/13 | J | | |
| 779. QUALCOMM - OPENING CONTRACT (11/30/2012) | | None | | | | | | | |
| 780. CLOSING CONTRACT | | None | | | Buy | 04/11/13 | J | A | |
| 781. OPENING CONTRACT | | None | | | Sold | 04/18/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/6/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 782. OPENING CONTRACT | | None | | | Sold | 09/24/13 | J | | |
| 783. CLOSING CONTRACT | | None | | | Buy | 10/17/13 | J | A | |
| 784. SCHLUMBERGER - OPENING CONTRACT (11/30/2012) | | None | | | | | | | |
| 785. CONTRACT EXPIRED | | None | | | Expired | 04/22/13 | | B | |
| 786. OPENING CONTRACT | | None | | | Sold | 05/14/13 | J | | |
| 787. CLOSING CONTRACT | | None | | | Buy | 06/04/13 | J | B | |
| 788. SEADRILL - OPENING CONTRACT (12/21/2012) | | None | | | | | | | |
| 789. CONTRACT EXPIRED | | None | | | Expired | 04/22/13 | | A | |
| 790. OPENING CONTRACT | | None | | | Sold | 08/05/13 | J | | |
| 791. SPDR S&P MIDCAP 400 ETF TRUST - OPENING CONTRACT | | None | | | Sold | 09/24/13 | J | | |
| 792. UNITED TECHNOLOGIES - OPENING CONTRACT (11/30/2012) | | None | | | | | | | |
| 793. OPENING CONTRACT | | None | | | Sold | 02/20/13 | J | | |
| 794. CLOSING CONTRACT | | None | | | Buy | 05/14/13 | J | | |
| 795. CLOSING CONTRACT | | None | | | Buy | 07/23/13 | J | | |
| 796. OPENING CONTRACT | | None | | | Sold | 09/24/13 | J | | |
| 797. WELS FARGO & CO - OPENING CONTRACT (11/30/2012) | | None | | | | | | | |
| 798. OPENING CONTRACT | | None | | | Sold | 02/20/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/6/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 799. CLOSING CONTRACT (11/30/2012) | | None | | | Buy | 04/11/13 | J | | |
| 800. CONTRACT ASSIGNED (2/20/2013) | | None | | | Redeemed | 08/06/13 | | | |
| 801. OPENING CONTRACT | | None | | | Sold | 09/25/13 | J | | |
| 802. YUM - OPENING CONTRACT | | None | | | Sold | 04/18/13 | J | | |
| 803. CONTRACT EXPIRED | | None | | | Expired | 10/21/13 | | B | |
| 804. NON-PUBLICS (SEE NOTES 5 & 7 IN SECT VIII) (LINES 804-953) | | | | | | | | | |
| 805. ARIZONA SNOWBOWL (SEE NOTE 1 IN SECT VIII) | | None | O | W | | | | | |
| 806. ELGIN CAPITAL (SEE NOTES 1 & 14 IN SECT VIII) | F | Distribution | P1 | W | | | | | |
| 807. ENTERTAINMENT ACQUISITION (Y) | | | | | | | | | |
| 808. CENTERBRIDGE CREDIT PARTNERS (SEE NOTE 1 IN SECT VIII) | E | Distribution | P1 | U | Distributed (part) | 01/30/13 | L | | |
| 809. | | | | | Distributed (part) | 04/25/13 | L | | |
| 810. TAMPA BAY RAYS (SEE NOTES 1 & 14 IN SECT VIII) | | None | N | W | | | | | |
| 811. FRESH DIRECT | | None | O | W | | | | | |
| 812. OFFIT CAPITAL ADVISORS (SEE NOTES 1 & 14 IN SECTION VIII) | | None | N | W | Buy (add'l) | 02/28/13 | M | | |
| 813. OPUS MEDIA PARTNERS (X) (SEE NOTE 1 IN SECT VIII) | | None | J | W | | | | | |
| 814. UNIVERSAL HOSPITAL SERVICES HOLDING CO (NOTE 1 SECT VIII) | | None | N | W | | | | | |
| 815. WHOLESOME FOODS (SEE NOTE 1 IN SECTION VIII) | | None | O | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/6/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 816. GOLUB CAPITAL PARTNERS (SEE NOTE 9 IN SECTION VIII) | G | Distribution | P1 | W | Distributed (part) | 02/01/13 | K | | |
| 817. | | | | | Distributed (part) | 05/02/13 | L | | |
| 818. | | | | | Distributed (part) | 07/29/13 | K | | |
| 819. | | | | | Distributed (part) | 10/25/13 | K | | |
| 820. GOLUB CAPITAL VIII (SEE NOTE 9 IN SECT VIII) | G | Distribution | P1 | W | Buy (add'l) | 02/01/13 | M | | |
| 821. | | | | | Distributed (part) | 05/07/13 | K | | |
| 822. | | | | | Distributed (part) | 07/30/13 | J | | |
| 823. | | | | | Buy (add'l) | 07/31/13 | L | | |
| 824. | | | | | Buy (add'l) | 10/15/13 | N | | |
| 825. | | | | | Distributed (part) | 10/28/13 | K | | |
| 826. IRVING PLACE CAPITAL II (SEE NOTES 9 & 14 IN SECT VIII) | F | Distribution | M | W | Distributed (part) | 05/07/13 | K | E | |
| 827. | | | | | Distributed (part) | 08/22/13 | L | F | |
| 828. IRVING PLACE CAPITAL III (SEE NOTES 9 & 14 IN SECT VIII) | G | Distribution | P1 | W | Buy (add'l) | 03/15/13 | M | | |
| 829. | | | | | Distributed (part) | 03/15/13 | K | D | |
| 830. | | | | | Buy (add'l) | 07/18/13 | J | | |
| 831. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 832. | | | | | Distributed (part) | 10/15/13 | M | G | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 833. | | | | | Distributed (part) | 07/18/13 | J | | |
| 834. | | | | | Distributed (part) | 12/27/13 | J | | |
| 835. BLACKSTONE REAL ESTATE PARTNERS (SEE NOTES 9&14 IN SECT VIII | G | Distribution | P2 | W | Buy (add'l) | 02/08/13 | J | | |
| 836. | | | | | Distributed (part) | 02/28/13 | L | E | |
| 837. | | | | | Distributed (part) | 03/15/13 | L | F | |
| 838. | | | | | Distributed (part) | 04/24/13 | K | | |
| 839. | | | | | Distributed (part) | 05/10/13 | K | | |
| 840. | | | | | Distributed (part) | 05/15/13 | M | G | |
| 841. | | | | | Distributed (part) | 05/22/13 | L | E | |
| 842. | | | | | Distributed (part) | 07/10/13 | K | E | |
| 843. | | | | | Distributed (part) | 08/21/13 | K | A | |
| 844. | | | | | Buy (add'l) | 09/06/13 | K | | |
| 845. | | | | | Buy (add'l) | 09/26/13 | K | | |
| 846. | | | | | Distributed (part) | 10/10/13 | K | | |
| 847. | | | | | Distributed (part) | 11/26/13 | K | | |
| 848. | | | | | Buy (add'l) | 12/19/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/6/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 849. | | | | | Distributed (part) | 12/23/13 | L | E | |
| 850. BLENHEIM ELGIN NATURAL RESOURCES FUND (NOTE 9 IN SECT VIII) | E | Distribution | P1 | W | Buy | 02/04/13 | O | | |
| 851. | | | | | Distributed (part) | 03/26/13 | M | | |
| 852. | | | | | Buy (add'l) | 09/10/13 | N | | |
| 853. CENTERVIEW CAPITAL (SEE NOTES 10 & 14 IN SECT VIII) | D | Distribution | | | | | | | |
| 854. DEL MONTE (SEE NOTE 15 IN SECT VIII) | | None | N | W | | | | | |
| 855. NIELSEN CO (SEE NOTE 15 IN SECT VIII) | C | Dividend | M | W | Distributed (part) | 03/27/13 | L | | |
| 856. | | | | | Distributed (part) | 06/26/13 | L | | |
| 857. | | | | | Distributed (part) | 12/20/13 | K | D | |
| 858. OLE SMOKEY TENNESSEE MOONSHINE (SEE NOTE 15 IN SECT VIII) | | None | N | W | Buy | 10/31/13 | N | | |
| 859. | | | | | Buy (add'l) | 12/20/13 | J | | |
| 860. RICHELIEU FOODS, INC (SEE NOTE 15 IN SECT VIII) | | None | N | W | | | | | |
| 861. KAYNE ANDERSON (SEE NOTE 9 IN SECT VIII) | B | Distribution | M | W | Buy | 06/14/13 | L | | |
| 862. | | | | | Buy (add'l) | 10/03/13 | M | | |
| 863. DYNA VOX (SEE NOTE 15 IN SECT VIII) | | None | | | Distributed (part) | 08/30/13 | K | | |
| 864. VESTAR CAPL PRTNRS/ASSC IV/AIV (SEE NOTES 10&14 SECT VIII) | F | Distribution | | | Distributed (part) | 05/01/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/6/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 865. | | | | | Distributed (part) | 12/23/13 | J | | |
| 866. VESTAR CAP/ASSOC V (SEE NOTE 10 IN SECT VIII) | C | Distribution | | | | | | | |
| 867. ARGO TECH (SEE NOTE 15 IN SECT VIII) | | None | K | W | | | | | |
| 868. BORDER MEDIA (SEE NOTE 15 IN SECT VIII) | | None | J | W | | | | | |
| 869. CCS INCOME TRUST (SEE NOTE 15 IN SECT VIII) | | None | M | W | | | | | |
| 870. DEL MONTE (SEE NOTE 15 IN SECTION VIII) | | None | N | W | | | | | |
| 871. DUFF & PHELPS (SEE NOTE 15 IN SECT VIII) | D | Interest | | | Sold | 05/10/13 | L | F | SEE NOTE 4 IN SECT VIII |
| 872. | | | | | Distributed (part) | 05/24/13 | J | B | |
| 873. | | | | | Distributed (part) | 11/26/13 | L | F | |
| 874. | | | | | Distributed (part) | 12/19/13 | J | D | |
| 875. | | | | | Distributed | 12/23/13 | J | A | |
| 876. ESSENT HEALTHCARE (SEE NOTES 11 & 15 IN SECT VIII) | | None | | | Distributed (part) | 05/10/13 | J | D | |
| 877. | | | | | Distributed (part) | 05/24/13 | J | A | |
| 878. | | | | | Distributed | 08/30/13 | J | C | |
| 879. GLEASON CORP (SEE NOTE 15 IN SECT VIII) | | None | N | W | | | | | |
| 880. HEALTHGRADES (SEE NOTE 15 IN SECT VIII) | | None | M | W | | | | | |
| 881. INHEALTH (SE NOTE 15 IN SECT VIII) | | None | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 882. THE SUN PRODUCTS CORP (SEE NOTE 15 IN SECT VIII) | None | | N | W | | | | | |
| 883. MEDI-MEDIA (SEE NOTE 15 IN SECT VIII) | None | | M | W | | | | | |
| 884. NATIONAL MENTOR HLDNGS (SEE NOTE 15 IN SECT VIII) | None | | M | W | | | | | |
| 885. OGF GROUP (SEE NOTE 15 IN SECT VIII) | None | | | | Sold | 11/26/13 | N | G | Pamplona Capital Mgmt |
| 886. PRESS GANEY (SEE NOTE 15 IN SECT VIII) | None | | O | W | | | | | |
| 887. RADIATION THERAPY (SEE NOTE 15 IN SECT VIII) | None | | M | W | | | | | |
| 888. SEVES SPA (SEE NOTE 15 IN SECT VIII) | None | | | | | | | | |
| 889. SOLO CUP CO (SEE NOTES 11 & 15 IN SECT VIII) | None | | | | Distributed | 08/30/13 | L | F | |
| 890. SUNRISE MEDICAL (SEE NOTES 11 & 15 IN SECT VIII) | None | | | | Distributed (part) | 12/19/13 | J | C | |
| 891. | | | | | Distributed | 12/23/13 | J | A | |
| 892. DEVILBISS (SEE NOTE 15 IN SECTION VIII) | None | | M | W | | | | | |
| 893. SYMETRA FINANCIAL (SEE NOTE 15 IN SECT VIII) | D | Dividend | | | Sold | 05/22/13 | N | E | Stock sold back to Company |
| 894. | | | | | Distributed | 05/24/13 | J | D | |
| 895. TRITON CONTAINER INTL (SEE NOTE 15 IN SECTION VIII) | None | | N | W | | | | | |
| 896. WILTON RE HOLDINGS (SEE NOTE 15 IN SECT VIII) | G | Dividend | P1 | W | Distributed (part) | 05/10/13 | J | | |
| 897. | | | | | Distributed (part) | 05/24/13 | J | | |
| 898. RAZOR'S EDGE FUND (SEE NOTE 9 IN SECT VIII) | C | Distribution | O | W | Buy (add'l) | 06/28/13 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 899. | | | | | Buy (add'l) | 12/05/13 | L | | |
| 900. RED ABBEY (SEE NOTE 9 IN SECT VIII) | F | Distribution | M | W | Distributed (part) | 04/15/13 | M | G | |
| 901. | | | | | Distributed (part) | 07/30/13 | J | D | |
| 902. SENTINEL CAPITAL II (SEE NOTE 10 IN SECT VIII) | G | Distribution | | | Distributed | 08/21/13 | N | | |
| 903. SENTINEL CAPITAL III (SEE NOTES 10 & 14 IN SECT VIII) | G | Distribution | | | Distributed (part) | 07/01/13 | J | D | |
| 904. SENTINEL CAPITAL IV (SEE NOTES 10 & 14 IN SECT VIII) | G | Distribution | | | Buy (add'l) | 07/01/13 | J | | |
| 905. | | | | | Buy (add'l) | 10/01/13 | L | | |
| 906. | | | | | Distributed (part) | 10/01/13 | L | | |
| 907. CHASE DOOR HOLDINGS (SEE NOTE 15 IN SECTION VIII) | | None | O | W | | | | | |
| 908. CHROMALOX (SEE NOTES 11 & 15 IN SECTION VIII) | | None | | | Distributed (part) | 04/01/13 | K | E | |
| 909. COLSON GROUP HOLDINGS (SEE NOTE 15 IN SECTION VIII) | | None | O | W | Distributed (part) | 04/01/13 | M | | |
| 910. CREDIT INFONET HOLDINGS (SEE NOTE 15 IN SECT VIII) | | None | N | W | Buy (add'l) | 01/02/13 | J | | |
| 911. CRITICAL SOLUTIONS (SEE NOTE 15 IN SECTION VIII) | | None | N | W | | | | | |
| 912. ENGINEERED CONTROLS (SEE NOTE 15 IN SECT VIII) | | None | | | Distributed (part) | 06/28/13 | N | | |
| 913. | | | | | Distributed (part) | 04/01/13 | N | | |
| 914. | | | | | Sold | 12/03/13 | P1 | H1 | WINDJAMMER CAPITAL |
| 915. HOSPICE ADVANTAGE (SEE NOTE 15 IN SECT VIII) | | None | N | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/6/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 916. HUDDLE HOUSE (SEE NOTE 15 IN SECT VIII) | | None | N | W | | | | | |
| 917. IEP TECHNOLOGIES (SEE NOTE 15 IN SECT VIII) | | None | N | W | Buy | 04/01/13 | N | | |
| 918. INSCAPE (SEE NOTES 11 & 15 IN SECT VIII) | | None | | | Distributed | 02/05/13 | K | E | |
| 919. INTERIM HEALTHCARE (SEE NOTES 11 & 15 IN SECT VIII) | | None | | | Distributed | 11/08/13 | L | F | |
| 920. LTI FLEXIBLE PRODUCTS (SEE NOTES 11 & 15 IN SECT VIII) | | None | | | Distributed (part) | 02/05/13 | K | E | |
| 921. | | | | | Distributed (part) | 07/22/13 | M | G | |
| 922. | | | | | Distributed | 11/08/13 | K | E | |
| 923. MASSAGE ENVY (SEE NOTES 11 & 15 IN SECT VIII) | | None | | | Distributed | 10/11/13 | L | F | |
| 924. MIDWEST WHOLESALE HARDWARE (SEE NOTE 15 IN SECT VIII) | | None | J | W | | | | | |
| 925. NATIONAL SPINE AND PAIN CENTERS (SEE NOTE 15 IN SECT VIII) | | None | N | W | Buy (add'l) | 04/01/13 | K | | |
| 926. NORTH AMERICAN RESCUE (SEE NOTE 15 IN SECT VIII) | | None | K | W | | | | | |
| 927. NORTHEAST DENTAL MANAGEMENT (SEE NOTE 15 IN SECT VIII) | | None | N | W | | | | | |
| 928. POWER PRODUCT (SEE NOTE 15 IN SECT VIII) | | None | O | W | Buy | 12/04/13 | O | | |
| 929. PRECISION PIPELINE SOLUTIONS (SEE NOTE 15 IN SECT VIII) | | None | K | W | | | | | |
| 930. SPINRITE (SEE NOTE 15 IN SECT VIII) | | None | O | W | Distributed (part) | 08/21/13 | M | | |
| 931. TRINITY CONSULTANTS HOLDINGS (SEE NOTES 11&15 IN SECT VIII) | | None | | | Distributed | 02/05/13 | K | E | |
| 932. TRUSSBILT HOLDINGS (SEE NOTE 15 IN SECT VIII) | | None | K | W | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/6/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 933. VINTAGE HOLDINGS (SEE NOTE 15 IN SECT VIII) | | None | P1 | W | | | | | |
| 934. WELLSPRING PHARMACEUTICALS (SEE NOTE 15 IN SECTION VIII) | D | Interest | M | W | | | | | |
| 935. SCIENS CAPITAL (AKA ZILKHA) (SEE NOTE 9 IN SECT VIII) | | None | L | W | | | | | |
| 936. NORTHERN HELLENIC HOLDINGS (SEE NOTES 6,9&14 IN SECT VIII) | | None | K | V | | | | | |
| 937. QUINTANA ENERGY PARTNERS (SEE NOTES 9&14 IN SECT VIII) | G | Distribution | O | W | Distributed (part) | 02/07/13 | M | | |
| 938. | | | | | Buy (add'l) | 02/07/13 | K | | |
| 939. | | | | | Distributed (part) | 07/25/13 | K | | |
| 940. | | | | | Buy (add'l) | 07/25/13 | L | | |
| 941. | | | | | Distributed (part) | 12/19/13 | K | | |
| 942. | | | | | Buy (add'l) | 12/19/13 | J | | |
| 943. NB CO-INVESTMENT PARTNERS (SEE NOTES 9&14 IN SECT VIII) | E | Distribution | O | W | Distributed (part) | 01/28/13 | J | | |
| 944. | | | | | Distributed (part) | 03/22/13 | L | E | |
| 945. | | | | | Distributed (part) | 06/27/13 | L | E | |
| 946. | | | | | Distributed (part) | 12/06/13 | K | D | |
| 947. | | | | | Buy (add'l) | 12/06/13 | J | | |
| 948. | | | | | Distributed (part) | 12/31/13 | L | E | |
| 949. | | | | | Buy (add'l) | 12/31/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/6/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 950. TINICUM LP (SEE NOTES 9 & 14 IN SECT VIII) | | None | O | W | Distributed (part) | 03/13/13 | L | | |
| 951. | | | | | Buy (add'l) | 03/13/13 | J | | |
| 952. | | | | | Buy (add'l) | 07/03/13 | L | | |
| 953. | | | | | Buy (add'l) | 09/24/13 | M | | |
| 954. 3G SPECIAL SITUATIONS FUND III (SEE NOTE 9 IN SECT VIII) | A | Distribution | P1 | W | Buy | 02/26/13 | P1 | | |
| 955. OTHER INVESTMENTS/NOTES RECEIVABLES (LINES 955-985) | | | | | | | | | |
| 956. CHESAPEAKE PARTNERS (SEE NOTE 1 IN SECT VIII) | G | Distribution | P1 | U | | | | | |
| 957. FARALLON CAPITAL (SEE NOTE 12 IN SECT VIII) | | None | | | Distributed | 03/05/13 | K | | |
| 958. GOLD BULLION | | None | N | T | | | | | |
| 959. THE BLENHEIM FUND (SEE NOTE 1 IN SECT VIII) | G | Distribution | | | Redeemed (part) | 05/03/13 | P1 | | |
| 960. | | | | | Redeemed (part) | 10/03/13 | P1 | G | |
| 961. | | | | | Redeemed | 10/15/13 | M | G | |
| 962. BREVAN HOWARD (SEE NOTE 1 IN SECT VIII) | G | Distribution | P1 | U | | | | | |
| 963. SABRETOOTH ONSHORE FUND (SEE NOTE 11 IN SECT VIII) | | None | | | Distributed (part) | 07/29/13 | J | A | |
| 964. | | | | | Distributed | 12/24/13 | J | A | |
| 965. F. E. RICHARDSON & CO (SEE NOTES 1&13 IN SECT VIII) | | None | L | V | Buy (add'l) | 01/11/13 | K | | |
| 966. | | | | | Buy (add'l) | 02/01/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 61 of 88

Name of Person Reporting

Wood, Kimba M.

Date of Report

10/6/2014

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 967. | | | | | Buy (add'l) | 02/15/13 | K | | |
| 968. | | | | | Buy (add'l) | 03/15/13 | K | | |
| 969. | | | | | Buy (add'l) | 04/19/13 | K | | |
| 970. | | | | | Buy (add'l) | 05/10/13 | L | | |
| 971. | | | | | Buy (add'l) | 05/17/13 | L | | |
| 972. | | | | | Buy (add'l) | 06/14/13 | L | | |
| 973. | | | | | Buy (add'l) | 06/28/13 | L | | |
| 974. | | | | | Buy (add'l) | 07/11/13 | K | | |
| 975. | | | | | Buy (add'l) | 09/06/13 | K | | |
| 976. | | | | | Buy (add'l) | 10/04/13 | K | | |
| 977. | | | | | Buy (add'l) | 11/08/13 | K | | |
| 978. | | | | | Buy (add'l) | 12/06/13 | K | | |
| 979. | | | | | Buy (add'l) | 12/27/13 | K | | |
| 980. OP40 INC (SEE NOTE 5 IN SECT VIII) | | None | L | W | | | | | |
| 981. OVERLOOK PARTNERS (SEE NOTE 1 IN SECT VIII) | | None | O | U | Buy | 12/19/13 | O | | |
| 982. NAPIER PARK ABSOLUTE (FKA CCA ABSOLUTE RETURN MUNI FUND) | C | Distribution | | | Redeemed | 04/23/13 | P1 | F | |
| 983. (SEE NOTE 1 IN SECT VIII) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 984. QFR VICTORIA FUND (SEE NOTE 1 IN SECTION VIII) | | None | P1 | U | | | | | |
| 985. HAWK GROUP (Y) | | | | | | | | | |
| 986. ELIZABETH REILLY, PERSONAL LOAN - NOTE RECEIVABLE | | None | K | U | | | | | |
| 987. TRUST #1 (LINES 987-1019) | E | Int./Div. | O | T | | | | | |
| 988. ---GOLDMAN SACHS BANK DEPOSIT/ CASH #4 | | | | | | | | | |
| 989. ---ABBOTT LABORATORIES COMMON STOCK | | | | | Sold (part) | 02/26/13 | K | E | |
| 990. ---ABB-VIE INC. COMMON STOCK | | | | | Spinoff (from line 989) | 01/02/13 | L | | |
| 991. | | | | | Buy (add'l) | 02/26/13 | K | | |
| 992. ---AMERICA MOVIL COMMON STOCK | | | | | Sold | 02/21/13 | K | | |
| 993. ---ANADARKO PETROLEUM CORP COMMON STOCK | | | | | Buy (add'l) | 11/05/13 | K | | |
| 994. ---ASHLAND INC COMMON STOCK | | | | | Buy | 01/31/13 | K | | |
| 995. | | | | | Buy (add'l) | 11/05/13 | K | | |
| 996. ---BLACKROCK INC COMMON STOCK | | | | | | | | | |
| 997. ---BOEING COMPANY COMMON STOCK | | | | | Buy (add'l) | 06/25/13 | J | | |
| 998. | | | | | Buy (add'l) | 11/20/13 | J | | |
| 999. ---CONAGRA INC COMMON STOCK | | | | | Buy | 01/31/13 | K | | |
| 1000. | | | | | Sold | 11/05/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/6/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1001. ---GENERAL DYNAMICS CORP COMMON STOCK | | | | | Buy | 03/21/13 | K | | |
| 1002. | | | | | Sold | 04/02/13 | K | | |
| 1003. ---INTERNATIONAL PAPER CO COMMON STOCK | | | | | Buy | 01/23/13 | K | | |
| 1004. ---JOHNSON & JOHNSON COMMON STOCK | | | | | | | | | |
| 1005. ---KRAFT FOODS GROUP, INC COMMON STOCK | | | | | | | | | |
| 1006. ---MONDELEZ INTL (FKA KRAFT FOODS INC) COMMON STOCK | | | | | | | | | |
| 1007. ---MICROSOFT CORP COMMON STOCK | | | | | Sold | 10/25/13 | J | B | |
| 1008. ---OCCIDENTAL PETROLEUM CORP COMMON STOCK | | | | | Buy | 03/21/13 | K | | |
| 1009. ---POWSERSHARES DB COMMODITY INDEX TRACKING FUND | | | | | Sold | 11/05/13 | J | | |
| 1010. ---PRECISION CASTPARTS CORP COMMON STOCK | | | | | Buy | 06/19/13 | K | | |
| 1011. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 1012. ---SANDISK CORP COMMON STOCK | | | | | Buy | 08/19/13 | K | | |
| 1013. | | | | | Buy (add'l) | 11/05/13 | K | | |
| 1014. ---SONIC CORP COMMON STOCK | | | | | | | | | |
| 1015. ---TEXTRON INC COMMON STOCK | | | | | Buy | 08/14/13 | J | | |
| 1016. ---VANGUARD FTSE ALL-WORLD EX-US INDEX FUND | | | | | Buy (add'l) | 01/23/13 | J | | |
| 1017. ---VANGUARD FTSE DEVELOPED MKTS COMMON ETF | | | | | Buy | 08/14/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/6/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1018. ---VANGUARD SHORT TERM CMN SERIES | | | | | Sold (part) | 01/31/13 | K | A | |
| 1019. | | | | | Sold | 06/25/13 | L | | |
| 1020. ---WALGREEN CO COMMON STOCK | | | | | | | | | |
| 1021. TRUST #1A (LINES 1021-1197) (SEE NOTE 1 IN SECT VIII) | B | Int./Div. | N | T | | | | | |
| 1022. ---GOLDMAN SACHS BANK DEPOSITS/ CASH #4A | | | | | | | | | |
| 1023. ---ACCESS MIDSTREAM (FKA CHESAPEAKE MIDSTREAM) | | | | | Distributed (part) | 02/13/13 | J | | |
| 1024. | | | | | Sold (part) | 03/22/13 | J | A | |
| 1025. | | | | | Sold (part) | 03/25/13 | J | A | |
| 1026. | | | | | Sold (part) | 03/26/13 | J | A | |
| 1027. | | | | | Sold (part) | 03/27/13 | J | A | |
| 1028. | | | | | Distributed (part) | 05/15/13 | J | | |
| 1029. | | | | | Distributed (part) | 08/14/13 | J | | |
| 1030. | | | | | Distributed (part) | 11/14/13 | J | | |
| 1031. ---ATLAS PIPELINE PARTNERS, LP | | | | | Buy | 04/18/13 | K | | |
| 1032. | | | | | Distributed (part) | 05/15/13 | J | | |
| 1033. | | | | | Distributed (part) | 08/14/13 | J | | |
| 1034. | | | | | Distributed (part) | 11/14/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/6/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1035. ---BUCKEYE PARTNERS LP | | | | | Buy | 10/11/13 | J | | |
| 1036. | | | | | Distributed (part) | 11/19/13 | J | | |
| 1037. ---EL PASO PIPELINE PARTNERS | | | | | Distributed (part) | 02/14/13 | J | | |
| 1038. | | | | | Sold (part) | 03/22/13 | J | A | |
| 1039. | | | | | Sold (part) | 03/25/13 | J | A | |
| 1040. | | | | | Sold (part) | 03/26/13 | J | A | |
| 1041. | | | | | Sold (part) | 03/27/13 | J | A | |
| 1042. | | | | | Sold (part) | 03/28/13 | J | A | |
| 1043. | | | | | Sold (part) | 04/01/13 | J | A | |
| 1044. | | | | | Sold (part) | 04/02/13 | J | A | |
| 1045. | | | | | Distributed (part) | 05/15/13 | J | | |
| 1046. | | | | | Distributed (part) | 08/14/13 | J | | |
| 1047. | | | | | Distributed (part) | 11/14/13 | J | | |
| 1048. | | | | | Sold (part) | 12/04/13 | J | A | |
| 1049. | | | | | Sold (part) | 12/05/13 | J | A | |
| 1050. | | | | | Sold (part) | 12/06/13 | J | A | |
| 1051. | | | | | Sold (part) | 12/09/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/6/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1052. | | | | | Sold (part) | 12/10/13 | J | A | |
| 1053. | | | | | Sold (part) | 12/11/13 | J | A | |
| 1054. ---ENERGY TRANSFER EQUITY LP | | | | | Distributed (part) | 02/19/13 | J | | |
| 1055. | | | | | Sold (part) | 03/22/13 | J | A | |
| 1056. | | | | | Sold (part) | 03/25/13 | J | A | |
| 1057. | | | | | Sold (part) | 03/26/13 | J | A | |
| 1058. | | | | | Sold (part) | 03/27/13 | J | A | |
| 1059. | | | | | Sold (part) | 03/28/13 | J | A | |
| 1060. | | | | | Sold (part) | 04/01/13 | J | A | |
| 1061. | | | | | Sold (part) | 04/02/13 | J | A | |
| 1062. | | | | | Sold (part) | 04/03/13 | J | A | |
| 1063. | | | | | Sold (part) | 04/04/13 | J | A | |
| 1064. | | | | | Distributed (part) | 05/17/13 | J | | |
| 1065. | | | | | Distributed (part) | 08/19/13 | J | | |
| 1066. | | | | | Distributed (part) | 11/19/13 | J | | |
| 1067. ---ENTERPRISE PRODUCTS PART LP | | | | | Distributed (part) | 02/07/13 | J | | |
| 1068. | | | | | Sold (part) | 03/22/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/6/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1069. | | | | | Sold (part) | 03/25/13 | J | A | |
| 1070. | | | | | Sold (part) | 03/26/13 | J | A | |
| 1071. | | | | | Sold (part) | 03/27/13 | J | A | |
| 1072. | | | | | Sold (part) | 03/28/13 | J | A | |
| 1073. | | | | | Distributed (part) | 05/07/13 | J | | |
| 1074. | | | | | Distributed (part) | 08/07/13 | J | | |
| 1075. | | | | | Distributed (part) | 11/07/13 | J | | |
| 1076. ---GENESIS ENERGY, LP | | | | | Distributed (part) | 02/14/13 | J | | |
| 1077. | | | | | Sold (part) | 03/22/13 | J | A | |
| 1078. | | | | | Sold (part) | 03/25/13 | J | A | |
| 1079. | | | | | Sold (part) | 03/26/13 | J | A | |
| 1080. | | | | | Sold (part) | 03/27/13 | J | A | |
| 1081. | | | | | Sold (part) | 04/01/13 | J | A | |
| 1082. | | | | | Sold (part) | 04/02/13 | J | A | |
| 1083. | | | | | Sold (part) | 04/08/13 | J | A | |
| 1084. | | | | | Sold (part) | 04/09/13 | J | A | |
| 1085. | | | | | Sold (part) | 04/11/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/6/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1086. | | | | | Sold (part) | 04/12/13 | J | A | |
| 1087. | | | | | Sold (part) | 04/16/13 | J | A | |
| 1088. | | | | | Sold (part) | 04/19/13 | J | A | |
| 1089. | | | | | Sold (part) | 04/23/13 | J | A | |
| 1090. | | | | | Sold (part) | 04/24/13 | J | A | |
| 1091. | | | | | Sold (part) | 05/01/13 | J | A | |
| 1092. | | | | | Sold (part) | 05/06/13 | J | A | |
| 1093. | | | | | Sold (part) | 05/07/13 | J | A | |
| 1094. | | | | | Sold (part) | 05/08/13 | J | A | |
| 1095. | | | | | Distributed (part) | 05/15/13 | J | | |
| 1096. | | | | | Distributed (part) | 08/14/13 | J | | |
| 1097. | | | | | Buy (add'l) | 09/11/13 | J | | |
| 1098. | | | | | Buy (add'l) | 09/12/13 | J | | |
| 1099. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 1100. | | | | | Buy (add'l) | 09/16/13 | J | | |
| 1101. | | | | | Buy (add'l) | 09/17/13 | J | | |
| 1102. | | | | | Buy (add'l) | 09/18/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/6/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1103. | | | | | Buy (add'l) | 09/19/13 | J | | |
| 1104. | | | | | Distributed (part) | 11/14/13 | J | | |
| 1105. ---MAGELLAN MIDSTREAM PARTNERS LP | | | | | Distributed (part) | 02/14/13 | J | | |
| 1106. | | | | | Sold (part) | 03/22/13 | J | A | |
| 1107. | | | | | Sold (part) | 03/25/13 | J | A | |
| 1108. | | | | | Sold (part) | 03/26/13 | J | A | |
| 1109. | | | | | Sold (part) | 03/27/13 | J | A | |
| 1110. | | | | | Sold (part) | 03/28/13 | J | A | |
| 1111. | | | | | Sold (part) | 04/01/13 | J | A | |
| 1112. | | | | | Sold (part) | 04/02/13 | J | A | |
| 1113. | | | | | Sold (part) | 04/03/13 | J | A | |
| 1114. | | | | | Sold (part) | 04/04/13 | J | A | |
| 1115. | | | | | Sold (part) | 04/05/13 | J | A | |
| 1116. | | | | | Sold (part) | 04/08/13 | J | A | |
| 1117. | | | | | Sold (part) | 04/09/13 | J | A | |
| 1118. | | | | | Distributed (part) | 05/15/13 | J | | |
| 1119. | | | | | Distributed (part) | 08/14/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1120. | | | | | Distributed (part) | 11/14/13 | J | | |
| 1121. ---MARKWEST ENERGY PARTNERS LP | | | | | Distributed (part) | 02/14/13 | J | | |
| 1122. | | | | | Sold (part) | 03/22/13 | J | A | |
| 1123. | | | | | Sold (part) | 03/25/13 | J | A | |
| 1124. | | | | | Sold (part) | 03/26/13 | J | A | |
| 1125. | | | | | Sold (part) | 03/27/13 | J | A | |
| 1126. | | | | | Sold (part) | 03/28/13 | J | A | |
| 1127. | | | | | Sold (part) | 04/01/13 | J | A | |
| 1128. | | | | | Sold (part) | 04/02/13 | J | A | |
| 1129. | | | | | Sold (part) | 04/04/13 | J | A | |
| 1130. | | | | | Sold (part) | 04/05/13 | J | A | |
| 1131. | | | | | Distributed (part) | 05/15/13 | J | | |
| 1132. | | | | | Distributed (part) | 08/14/13 | J | | |
| 1133. | | | | | Distributed (part) | 11/14/13 | J | | |
| 1134. ---ONEOK INC CMN CTSY CITI GLOBAL | | | | | Buy | 12/26/13 | J | | |
| 1135. | | | | | Buy (add'l) | 12/27/13 | J | | |
| 1136. ---ONEOK PARTNERS, LP | | | | | Distributed (part) | 02/14/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/6/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1137. | | | | | Sold (part) | 03/22/13 | J | | |
| 1138. | | | | | Sold (part) | 03/25/13 | J | | |
| 1139. | | | | | Sold (part) | 03/26/13 | J | | |
| 1140. | | | | | Sold (part) | 03/27/13 | J | | |
| 1141. | | | | | Sold (part) | 04/01/13 | J | | |
| 1142. | | | | | Sold (part) | 04/02/13 | J | | |
| 1143. | | | | | Sold (part) | 04/03/13 | J | | |
| 1144. | | | | | Sold (part) | 04/04/13 | J | | |
| 1145. | | | | | Distributed (part) | 05/15/13 | J | | |
| 1146. | | | | | Distributed (part) | 08/15/13 | J | | |
| 1147. | | | | | Distributed (part) | 11/14/13 | J | | |
| 1148. ---PLAINS ALL AMERICAN PIPELINE LP | | | | | Distributed (part) | 02/14/13 | J | | |
| 1149. | | | | | Sold (part) | 03/22/13 | J | A | |
| 1150. | | | | | Sold (part) | 03/25/13 | J | A | |
| 1151. | | | | | Sold (part) | 03/26/13 | J | A | |
| 1152. | | | | | Sold (part) | 03/27/13 | J | A | |
| 1153. | | | | | Sold (part) | 03/28/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 72 of 88

**Name of Person Reporting**

Wood, Kimba M.

**Date of Report**

10/6/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1154. | | | | | Sold (part) | 04/01/13 | J | A | |
| 1155. | | | | | Sold (part) | 04/02/13 | J | A | |
| 1156. | | | | | Sold (part) | 04/03/13 | J | A | |
| 1157. | | | | | Sold (part) | 04/04/13 | J | A | |
| 1158. | | | | | Sold (part) | 04/05/13 | J | A | |
| 1159. | | | | | Sold (part) | 04/08/13 | J | A | |
| 1160. | | | | | Distributed (part) | 05/15/13 | J | | |
| 1161. | | | | | Distributed (part) | 08/14/13 | J | | |
| 1162. | | | | | Sold (part) | 10/01/13 | J | A | |
| 1163. | | | | | Sold (part) | 10/02/13 | J | A | |
| 1164. | | | | | Sold (part) | 10/03/13 | J | A | |
| 1165. | | | | | Sold (part) | 10/04/13 | J | A | |
| 1166. | | | | | Sold (part) | 10/07/13 | J | A | |
| 1167. | | | | | Sold (part) | 10/08/13 | J | A | |
| 1168. | | | | | Sold (part) | 10/09/13 | J | A | |
| 1169. | | | | | Sold (part) | 10/10/13 | J | A | |
| 1170. | | | | | Sold (part) | 10/11/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Wood, Kimba M. | 10/6/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1171. | | | | | Sold (part) | 10/14/13 | J | A | |
| 1172. | | | | | Sold (part) | 10/15/13 | J | A | |
| 1173. | | | | | Sold (part) | 10/16/13 | J | A | |
| 1174. | | | | | Distributed (part) | 11/14/13 | J | | |
| 1175. ---PLAINS GP HOLDINGS, LP | | | | | Buy | 10/16/13 | J | | |
| 1176. | | | | | Buy (add'l) | 10/17/13 | J | | |
| 1177. ---TEEKAY OFFSHORE PARTNERS LP | | | | | Sold (part) | 03/22/13 | J | A | |
| 1178. | | | | | Sold (part) | 03/25/13 | J | A | |
| 1179. | | | | | Sold (part) | 03/26/13 | J | A | |
| 1180. | | | | | Sold (part) | 03/27/13 | J | A | |
| 1181. | | | | | Sold (part) | 03/28/13 | J | A | |
| 1182. | | | | | Sold (part) | 04/01/13 | J | A | |
| 1183. | | | | | Sold (part) | 04/02/13 | J | A | |
| 1184. | | | | | Sold (part) | 04/03/13 | J | A | |
| 1185. | | | | | Sold (part) | 04/04/13 | J | A | |
| 1186. ---WESTERN GAS PARTNERS, LP | | | | | Buy | 05/14/13 | K | | |
| 1187. | | | | | Buy (add'l) | 05/15/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 74 of 88

Name of Person Reporting

Wood, Kimba M.

Date of Report

10/6/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1188. | | | | | Buy (add'l) | 05/16/13 | J | | |
| 1189. | | | | | Buy (add'l) | 05/17/13 | J | | |
| 1190. | | | | | Buy (add'l) | 05/20/13 | J | | |
| 1191. | | | | | Buy (add'l) | 05/21/13 | J | | |
| 1192. | | | | | Distributed (part) | 08/12/13 | J | | |
| 1193. | | | | | Distributed (part) | 11/12/13 | J | | |
| 1194. ---THE WILLIAMS COMPANIES, INC | | | | | | | | | |
| 1195. ---WILLIAMS PARTNERS LP | | | | | Distributed (part) | 02/08/13 | J | | |
| 1196. | | | | | Distributed (part) | 05/10/13 | J | | |
| 1197. | | | | | Distributed (part) | 08/09/13 | J | | |
| 1198. | | | | | Distributed (part) | 11/12/13 | J | | |
| 1199. TRUST #1B (LINES 1199-1257) (NOTES 2, 5 AND 7 IN SECT VIII) | G | Distribution | P1 | W | | | | | |
| 1200. ---CITI TRUST CHECKING ACCOUNT | | | | | | | | | |
| 1201. ---OSCAR SCHAFER (SEE NOTE 1 IN SECT VIII) | | | | | | | | | |
| 1202. ---FLAG VENTURE CAPITAL (SEE NOTES 1 & 14 IN SECT VIII) | | | | | Distributed (part) | 03/25/13 | K | E | |
| 1203. | | | | | Distributed (part) | 05/15/13 | K | D | |
| 1204. | | | | | Distributed (part) | 06/18/13 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/6/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1205. | | | | | Distributed (part) | 07/11/13 | M | F | |
| 1206. | | | | | Distributed (part) | 08/30/13 | K | D | |
| 1207. | | | | | Distributed (part) | 09/30/13 | K | E | |
| 1208. | | | | | Distributed (part) | 12/23/13 | K | E | |
| 1209. ---FARALLON CAPITAL (SEE NOTES 1 & 14 IN SECT VIII) | | | | | Distributed (part) | 05/20/13 | M | | |
| 1210. | | | | | Distributed (part) | 07/30/13 | K | | |
| 1211. | | | | | Distributed (part) | 11/13/13 | J | | |
| 1212. ---VESTAR III (SEE NOTE 1 IN SECT VIII) | | | | | Distributed (part) | 12/11/13 | J | | |
| 1213. ---VANGUARD PRIME MM FUND | | | | | Open | 03/28/13 | M | | |
| 1214. ---DODGE & COX INTL STOCK MUTUAL FUND | | | | | Buy | 07/01/13 | J | | |
| 1215. | | | | | Buy (add'l) | 07/19/13 | K | | |
| 1216. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 1217. ---DOUBLELINE TOTAL RETURN BOND MUTUAL FUND | | | | | Buy | 04/03/13 | K | | |
| 1218. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 1219. | | | | | Buy (add'l) | 06/10/13 | L | | |
| 1220. | | | | | Buy (add'l) | 07/19/13 | J | | |
| 1221. | | | | | Buy (add'l) | 08/13/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/6/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1222. ---ISHARES CORE S&P MID CAP ETF | | | | | Buy | 04/03/13 | J | | |
| 1223. | | | | | Buy (add'l) | 04/04/13 | J | | |
| 1224. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 1225. | | | | | Buy (add'l) | 07/22/13 | J | | |
| 1226. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 1227. ---ISHARES CORE S&P SMALL CAP ETF | | | | | Buy | 04/03/13 | J | | |
| 1228. | | | | | Buy (add'l) | 04/04/13 | J | | |
| 1229. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 1230. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 1231. | | | | | Buy (add'l) | 07/22/13 | J | | |
| 1232. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 1233. ---JPMORGAN CHASE & CO ALERIAN MLP INDEX ETN | | | | | Buy | 04/03/13 | J | | |
| 1234. | | | | | Buy (add'l) | 04/04/13 | J | | |
| 1235. | | | | | Buy (add'l) | 06/10/13 | K | | |
| 1236. | | | | | Buy (add'l) | 07/05/13 | J | | |
| 1237. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 1238. | | | | | Sold | 10/14/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 77 of 88

Name of Person Reporting

Wood, Kimba M.

Date of Report

10/6/2014

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1239. ---PRIME CAP ODYSSEY AGGRESSIVE GROWTH MUTUAL FUND | | | | | Buy | 05/23/13 | K | | |
| 1240. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 1241. | | | | | Buy (add'l) | 07/19/13 | J | | |
| 1242. | | | | | Buy (add'l) | 09/10/13 | K | | |
| 1243. | | | | | Buy (add'l) | 10/08/13 | K | | |
| 1244. ---UBS AG JERSEY BRANCH E TRACS ALERIAN MLP | | | | | Buy | 08/26/13 | J | | |
| 1245. | | | | | Sold | 10/14/13 | J | | |
| 1246. ---VANGUARD DIVIDEND APPRECIATION FUND | | | | | Buy | 04/03/13 | K | | |
| 1247. | | | | | Buy (add'l) | 04/04/13 | J | | |
| 1248. | | | | | Buy (add'l) | 06/10/13 | L | | |
| 1249. | | | | | Buy (add'l) | 07/01/13 | K | | |
| 1250. | | | | | Buy (add'l) | 07/22/13 | L | | |
| 1251. | | | | | Buy (add'l) | 08/13/13 | K | | |
| 1252. ---VANGUARD TOTAL INTL STOCK INDEX FUND ETF | | | | | Buy | 04/03/13 | J | | |
| 1253. | | | | | Buy (add'l) | 04/04/13 | J | | |
| 1254. | | | | | Buy (add'l) | 06/10/13 | K | | |
| 1255. ---SEQUOIA FUND, INC | | | | | Buy | 10/22/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1256. | | | | | Buy (add'l) | 11/19/13 | J | | |
| 1257. | | | | | Buy (add'l) | 12/13/13 | J | | |
| 1258. | | | | | Buy (add'l) | 12/24/13 | K | | |
| 1259. TRUST #2 (LINES 1259-1270) | E | Int./Div. | M | T | | | | | |
| 1260. ---BLACKROCK LIQUIDITY FUNDS | | | | | | | | | |
| 1261. ---PRUDENTIAL JENNISON 20/20 FOCUS FUND (MUTUAL FUND) | | | | | | | | | |
| 1262. ---BLACKROCK EQUITY DIVIDEND INST CLASS FUND | | | | | Buy (add'l) | 02/21/13 | J | | |
| 1263. ---CALAMOS GROWTH FUND | | | | | | | | | |
| 1264. ---EAGLE SMALL CAP GROWTH FUND | | | | | | | | | |
| 1265. ---ISHARES BARCLAYS TR US TIP ETF | | | | | | | | | |
| 1266. ---ISHARES TR MSCI EMERGING MKTS INDEX FD ETF | | | | | | | | | |
| 1267. ---ISHARES MSCI EAFE INDEX FUND ETF | | | | | | | | | |
| 1268. ---ISHARES S&P NATIONAL MUNI BOND FUND | | | | | | | | | |
| 1269. ---IVY GLOBAL NATURAL RESOURCES FD | | | | | Sold | 02/21/13 | J | | |
| 1270. ---T ROWE PRICE INTL FD INC INTL BOND FUND | | | | | | | | | |
| 1271. ---SPDR BARCLAYS CAP HIGH YIELD BOND ETF | | | | | | | | | |
| 1272. TRUST #3 (LINES 1272-1362) | D | Int./Div. | N | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/6/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1273. ---BLACKROCK LIQUIDITY FUNDS | | | | | | | | | |
| 1274. ---EATON CORP (FKA COOPER INDUSTRIES) COMMON STOCK | | | | | | | | | |
| 1275. ---COVIDIEN PLC COMMON STOCK | | | | | | | | | |
| 1276. ---NOBLE CORP COMMON STOCK | | | | | | | | | |
| 1277. ---AT&T INC COMMON STOCK | | | | | | | | | |
| 1278. ---ALLERGAN INC COMMON STOCK | | | | | | | | | |
| 1279. ---AMERICAN ELECTRIC POWER INC COMMON STOCK | | | | | Sold | 02/21/13 | J | A | |
| 1280. ---AMERICAN EXPRESS CO COMMON STOCK | | | | | Buy (add'l) | 02/21/13 | J | | |
| 1281. ---AMERICAN TOWER CORP COMMON STOCK | | | | | Sold | 02/21/13 | J | A | |
| 1282. ---AMERISOURCEBERGEN CORP COMMON STOCK | | | | | | | | | |
| 1283. ---AMERIPRISE FINANCIAL INC COMMON STOCK | | | | | | | | | |
| 1284. ---AMGEN INC COMMON STOCK | | | | | | | | | |
| 1285. ---APACHE CORP COMMON STOCK | | | | | Sold | 02/21/13 | J | | |
| 1286. ---APPLE INC COMMON STOCK | | | | | | | | | |
| 1287. ---BARON SMALL CAP MUTUAL FUND | | | | | | | | | |
| 1288. ---BAXTER INTERNATIONAL INC COMMON STOCK | | | | | | | | | |
| 1289. ---BLACKROCK FUNDS EQUITY DIVIDEND INST CLASS FUND | | | | | Buy | 02/21/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1290. ---BROADCOM CORP COMMON STOCK | | | | | Sold | 02/21/13 | J | A | |
| 1291. ---CAPITAL ONE FINANCIAL CORP COMMON STOCK | | | | | | | | | |
| 1292. ---CELANESE CORP COMMON STOCK | | | | | | | | | |
| 1293. ---CF INDUSTRIES HOLDINGS INC | | | | | Buy | 02/21/13 | J | | |
| 1294. ---CHEVRON CORPORATION | | | | | Buy | 02/21/13 | J | | |
| 1295. ---CHUBB CORP COMMON STOCK | | | | | | | | | |
| 1296. ---CISCO SYSTEMS INC COMMON STOCK | | | | | | | | | |
| 1297. ---COACH INC COMMON STOCK | | | | | | | | | |
| 1298. ---CUMMINS INC COMMON STOCK | | | | | | | | | |
| 1299. ---DOLBY LABORATORIES INC COMMON STOCK | | | | | Sold | 02/21/13 | J | | |
| 1300. ---DOLLAR TREE INC COMMON STOCK | | | | | | | | | |
| 1301. ---EMC CORP COMMON STOCK | | | | | | | | | |
| 1302. ---EAGLE SMALL CAP GROWTH MUTUAL FUND | | | | | | | | | |
| 1303. ---EASTMAN CHEM CO | | | | | Buy | 02/21/13 | J | | |
| 1304. ---EBAY INC COMMON STOCK | | | | | | | | | |
| 1305. ---EXXON MOBIL CORP COMMON STOCK | | | | | | | | | |
| 1306. ---FEDEX CORPORATION COMMON STOCK | | | | | Sold | 03/19/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 81 of 88

Name of Person Reporting

Wood, Kimba M.

Date of Report

10/6/2014

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1307. ---FIFTH THIRD BANCORP | | | | | Buy | 02/21/13 | J | | |
| 1308. ---FORD MOTOR COMPANY COMMON STOCK | | | | | | | | | |
| 1309. ---FRANKLIN RESOURCES INC COMMON STOCK | | | | | | | | | |
| 1310. ---FREEPORT MCMORAN COPPER & GOLD INC COMMON STK | | | | | Sold | 02/21/13 | J | | |
| 1311. ---GENERAL ELECTRIC CO COMMON STOCK | | | | | | | | | |
| 1312. ---GENERAL MILLS INC COMMON STOCK | | | | | | | | | |
| 1313. ---GOLDMAN SACHS GROUP INC COMMON STOCK | | | | | | | | | |
| 1314. ---GOOGLE INC COMMON STOCK | | | | | | | | | |
| 1315. ---GRAINGER WW INC COMMON STOCK | | | | | | | | | |
| 1316. ---HARBOR INTERNATIONAL MUTUAL FUND | | | | | | | | | |
| 1317. ---HOME DEPOT INC | | | | | Buy | 02/21/13 | J | | |
| 1318. ---ILLINOIS TOOL WORKS INC COMMON STOCK | | | | | Sold | 02/21/13 | J | A | |
| 1319. ---INTEL CORP COMMON STOCK | | | | | | | | | |
| 1320. ---IBM CORP COMMON STOCK | | | | | | | | | |
| 1321. ---ISHARES BARCLAYS TR US TIP ETF | | | | | | | | | |
| 1322. ---ISHARES TR MSCI EMERGING MKTS INDEX FD ETF | | | | | | | | | |
| 1323. ---ISHARES MSCI EAFE INDEX FUND ETF | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1324. ---ISHARES TR S&P MIDCAP 400 INDEX FD ETF | | | | | | | | | |
| 1325. ---ISHARES S&P NATIONAL AMT-FREE MUNI BOND FUND | | | | | | | | | |
| 1326. ---IVY GLBL NATURAL RESOURCES MUTUAL FUND | | | | | Sold | 02/21/13 | J | | |
| 1327. ---JP MORGAN CHASE & CO COMMON STOCK | | | | | Buy (add'l) | 02/21/13 | J | | |
| 1328. ---JOHNSON & JOHNSON COMMON STOCK | | | | | | | | | |
| 1329. ---JOHNSON CONTROLS INC COMMON STOCK | | | | | | | | | |
| 1330. ---KOHLS CORP COMMON STOCK | | | | | Sold | 02/21/13 | J | | |
| 1331. ---LAUDER ESTEE COS INC COMMON STOCK | | | | | | | | | |
| 1332. ---EXPRESS SCRIPTS (FKA MEDCO HEALTH SOLTNS INC COMMON STOCK | | | | | | | | | |
| 1333. ---MALLINCKRODT PLC | | | | | Spinoff (from line 1275) | 07/01/13 | J | | |
| 1334. ---MERCK & CO INC COMMON STOCK | | | | | | | | | |
| 1335. ---METLIFE INC COMMON STOCK | | | | | | | | | |
| 1336. ---MICROSOFT CORP COMMON STOCK | | | | | | | | | |
| 1337. ---MONSANTO CO | | | | | Buy | 02/21/13 | J | | |
| 1338. ---NEWS CORP COMMON STOCK | | | | | Sold (part) | 07/09/13 | J | A | |
| 1339. ---OCCIDENTAL PETROLEUM CORP COMMON STOCK | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1340. ---ORACLE CORP COMMON STOCK | | | | | | | | | |
| 1341. ---PEPSICO INC COMMON STOCK | | | | | | | | | |
| 1342. ---PFIZER INC COMMON STOCK | | | | | | | | | |
| 1343. ---PRICE T ROWE GROUP INC COMMON STOCK | | | | | | | | | |
| 1344. ---PROCTER & GAMBLE CO COMMON STOCK | | | | | | | | | |
| 1345. ---ROCKWELL AUTOMATION INC COMMON STOCK | | | | | | | | | |
| 1346. ---ROSS STORES INC COMMON STOCK | | | | | | | | | |
| 1347. ---T ROWE PRICE INTL FD INC MUTUAL FUND | | | | | | | | | |
| 1348. ---SPDR BARCLAYS CAP HIGH YIELD BD ETF | | | | | | | | | |
| 1349. ---SCHLUMBERGER LTD COMMON STOCK | | | | | | | | | |
| 1350. ---SCRIPPS NETWORKS INTERAC COMMON STOCK | | | | | | | | | |
| 1351. ---JM SMUCKER CO COMMON STOCK | | | | | | | | | |
| 1352. ---TALISMAN ENERGY INC COMMON STOCK | | | | | Sold | 02/21/13 | J | | |
| 1353. ---3M COMPANY COMMON STOCK | | | | | | | | | |
| 1354. ---TWENTY-FIRST CENTURY | | | | | Spinoff (from line 1338) | 07/01/13 | J | | |
| 1355. ---US BANCORP DEL COMMON STOCK | | | | | | | | | |
| 1356. ---UNITED TECHNOLOGIES CORP COMMON STOCK | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1357. ---UNITEDHEALTH GROUP INC COMMON STOCK | | | | | | | | | |
| 1358. ---VIACOM INC COMMON STOCK | | | | | | | | | |
| 1359. ---WAL-MART STORES INC COMMON STOCK | | | | | | | | | |
| 1360. ---WELLS FARGO & CO COMMON STOCK | | | | | | | | | |
| 1361. ---WILLIAMS COMPANIES INC COMMON STOCK | | | | | | | | | |
| 1362. ---WISCONSIN ENERGY CORP COMMON STOCK | | | | | | | | | |
| 1363. ---WPX ENERGY INC COMMON STOCK | | | | | | | | | |
| 1364. TRUST #4 (SEE NOTES 2, 5 & 7 IN SECTION VIII) | D | Dividend | O | T | | | | | |
| 1365. --VANGUARD PRIME MONEY MARKET FUND ACCOUNT #1 | | | | | | | | | |
| 1366. ---STAR FUND | | | | | Buy | 01/29/13 | M | | |
| 1367. | | | | | Buy (add'l) | 01/30/13 | M | | |
| 1368. ---PARK AVENUE EQUITY LP (SEE NOTES 1 & 14 IN SECT VIII) | | | | | | | | | |
| 1369. ---SONIC CORP COMMON STOCK | | | | | | | | | |
| 1370. TRUST #5 (SEE NOTES 2, 5 & 7 IN SECTION VIII) | E | Dividend | O | T | | | | | |
| 1371. ---VANGUARD PRIME MONEY MARKET FUND ACCOUNT #2 | | | | | | | | | |
| 1372. ---STAR FUND | | | | | Buy | 01/29/13 | M | | |
| 1373. | | | | | Buy (add'l) | 01/30/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1374. ---PARK AVENUE EQUITY LP (SEE NOTE 1 IN SECT VIII) | | | | | | | | | |
| 1375. ---SONIC CORP COMMON STOCK | | | | | | | | | |
| 1376. TRUST #6 (SEE NOTES 2, 5 & 7 IN SECTION VIII) | E | Dividend | O | T | | | | | |
| 1377. ---VANGUARD PRIME MONEY MARKET FUND ACCOUNT #3 | | | | | | | | | |
| 1378. ---STAR FUND | | | | | Buy | 01/29/13 | M | | |
| 1379. | | | | | Buy (add'l) | 01/30/13 | M | | |
| 1380. ---PARK AVENUE EQUITY LP (SEE NOTE 1IN SECT VIII) | | | | | | | | | |
| 1381. ---SONIC CORP COMMON STOCK | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 86 of 88

**Name of Person Reporting**

Wood, Kimba M.

**Date of Report**

10/6/2014

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ALL FOOTNOTES RELATE TO SECTION VII

NOTE 1:
If a 2013 K-1 is issued for this S corporation, limited partnership, traded MLP or PTP and there is an investment remaining at year-end, all activity (interest, dividends, capital gains, ordinary income, etc.) was netted together, and, if that net figure was larger than the required income threshold, it was included in Column B.(1) with Column B.(2) noting "Distribution." If the K-1 activity netted to a loss, then Column B.(1) was left blank and "None" was included in Column B.(2).

If the interest was either sold or fully withdrawn from during the reporting year, the capital gain amount is included in Column D along with other transaction details. The remaining K-1 figures were netted together, and if larger than the required income threshold, included in Column B.(1) with Column B.(2) noting "Distribution."

Both of the above approaches were obtained from Mr. George Reynolds, Financial Disclsoure Examiner.

NOTE 2:
Reporting person's ▮▮▮ is the Investment Trustee of this Trust. Therefore, its assets are deemed reportable.

NOTE 3:
For the contracts that were opened (sold short), any related gain that occurs will be included on the FDR when the options either expire or require action. There is no year end value reported because the contracts had no value at the end of 2013. When options are assigned, "Redeemed" is noted in Column D(1.), there is no value as the cost of the option is included in the line showing the purchase of the shares. If options expire they have no value but the gain is recorded at that time. If there is a date noted in Column A, the contract was opened in the prior year and the related current year transaction information is included on subsequent lines.

NOTE 4:
This company was sold to the following consortium: The Carlyle Group, Stone Point Capital LLC, Pictet & Cie and funds managed by Edmond de Rothschild Group.

NOTE 5:
There are many investments in non-public companies. The estimated market values used for all such investments, unless otherwise noted, are based upon the current knowledge of the worth of such companies, discussions with the companies' management and company issued reports.

NOTE 6:
Either the Ending Capital Account value from the entity's 2013 K-1, or an estimate of the same, was used to determine the year-end value code for Column C.(1).

NOTE 7:
For those entities which issued K-1s, if the K-1 netted to a loss but there was another source of income from the entity, the source of the other income is listed instead of "None." If there was K-1 income and an additional source of income, both amounts were summed to determine the code for Columns B.(1) and "Distribution" is noted in Column B.(2).

NOTE 8:
Neither the income nor the cash balance at year end met the threshold for reporting. However, since the cash account is associated with a reportable investment that is listed separately on this report, the account is deemed reportable.

NOTE 9:
There is a limited partnership interest in this entity. Since neither the filer nor her ▮▮▮ can "direct, influence or in any other manner affect the purchase, exchange, sale or disposition of the entity or property owned by the entity," Financial Disclosure Filing Instructions, Page 35, the assets held by the partnership are not reportable.

If the partnership had a capital call for an investment in a specific company, either "Buy" or "Buy (add'l)" is noted. The name of the underlying company is not listed. Further, if the partnership either returned capital or sold one of its investments and returned funds to the reporting family, "Distributed (part)" is listed in Column D.(1). Neither the name of the underlying company nor the gain amount is listed.

The entity's K-1 is considered the source document for all income from this investment (including capital gains/losses). All K-1 activity was netted together and if greater than the required income threshold, included in Column B.(1) with Column B.(2) noting "Distribution." If the K-1 activity netted to a loss, then Column B. (1) was left blank and "none" was included in Column B.(2).

NOTE 10:
There are several Vestar and Sentinel Partnerships and a Centerview Capital Partnership. The portfolio companies that the Partnerships own are all listed separately on this report because the filer's ▮▮▮ could potentially "direct, influence or in any other manner affect the purchase, exchange, sale or disposition of the entity or property owned by the entity," (per Financial Dislcosure Filing Instructions).

In Vestar and Sentinel, there are both limited partner and general partner interests. For this report, the K-1 information for both interests is combined and included on one line. This approach matches the way the Funds' portfolio companies are included on this report.

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Each year, there is a K-1 from each of the partnerships. The K-1s summarize all of the ordinary income (loss), portfolio income, capital gains/losses, etc., for all of the underlying companies. To avoid double counting, if an underlying company was sold, the capital gain/loss is included on the line where the actual company is listed and is excluded from the K-1 income reported in Column B.(1) for each of the partnerships.

The remaining K-1 items were netted together. If the net amount was larger than the required income threshold, that amount was included in Column B.(1) with Column B.(2) noting "Distribution." If the K-1 activity netted to a loss, then "None" is included in Column B.(2). As a result, since all K-1 activity is accounted for at the partnership level, the underlying companies which are listed separately do not show any income in Column B.(1) (unless there is an item that is not included on the K-1).

Generally, there are no year-end market values listed for the Partnerships because the portfolio companies are listed separately.

NOTE 11:
This portfolio company or stand-alone investment was sold in a prior year. So, although the reporting family received distributions (e.g. escrow) and/or income in the current year, there is no year-end value to report. If in a prior year the entity was issued a K-1, any income noted in the current year was summed and included in Column B(1) with Column B(2) noting "Distribution."

NOTE 12:
This LP interest was gifted to a trust on 12/31/2012. Therefore, there is neither income nor a year-end value to report. This reported transaction is for monies received in 2013 that related to 2012 income.

NOTE 13:
The filer's ___ is the sole shareholder of this S Corporation. The company's assets are limited to office furniture, office equipment, a checking account and a money market account. The value used to determine the year-end valuation code was the checking/money market account balances, A/R and the office furniture and equipment balance (less accumulated depreciation).

NOTE 14:
This company's 2013 K-1 was not received by the time this 2013 report was filed. Therefore, the company's income has been estimated. Once the actual K-1 is received, if the income code based on the actual K-1 differs from the code reported in this report, we will file an amended report.

NOTE 15:
This investment is made through either a Vestar, a Sentinel or the Centerview Partnership. Since the filer's ___ could potentially "direct, influence or in any other manner affect the purchase, exchange, sale or disposition of the entity or property owned by the entity," Financial Disclosure Filing Instructions, the partnership's assets must be listed separately on this report. As a result, this company is reportable.

All transactions (investments, sales and related gain/(loss), distributions, etc.) are reported for the company. Any K-1 income (excluding gain/(loss) on sales) attributable to the company, however, is included in the partnership's line. If income was received separate from the K-1, it is recorded on the portfolio company's line in Column B. If the reporting person carries no year end value for a portfolio company, there is no year end value included in Column C of this report. But, the company is still noted on this report because it is a portfolio company of a reportable limited partnership. See Note 10 for more information.

NOTE 16: Gains/Losses on Foundation activity are based on book value not tax value.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kimba M. Wood**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544